FILED
October 27, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

03-15-0400-CV

| | | |
|---|---|---|
| BRIAN DIERSCHKE AND | & | IN THE THIRD |
| MARVIN DIERSCHKE | & | |
| | & | |
| | & | COURT |
| V. | & | |
| | & | |
| CHERYL LYNN DIERSCHKE, | & | |
| DANA JOY DIERSCHKE NEZWEK, | & | OF APPEALS |
| AND GRANT STEVEN DIERSCHKE | & | |

## MOTION FOR EXTENSION OF TIME FOR FILING BRIEF

TO THE HONORABLE COURT

Now comes Brian Dierschke and Marvin Dierschke, pro se appellants for Brian Dierschke and Marvin Dierschke seeking to extend the time for filing a brief under Tex. R. App. P 9.5 and 10.1(5). I have included the Certificate of Service, Certificate of Compliance, and Certificate of Conference and a ten dollar filing fee. I wish to have an extension deadline of Nov. 3rd. The brief was due on Aug 18th. I sent it off on Aug 19th and the clerk received it on Aug 21st but didn't file it because it was passed the time. I didn't receive the court record until July 27th, 2015. I apologize for the inconvenience. I pray that the court will grant us an extension. Respectfully submitted.

RECEIVED
OCT 2 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Oct 23,2015

Brian Dierschke
8494 Hawk Ave
San Angelo, Tx 76904
325-651-9296

Pro Se

Marvin Dierschke

8494 Hawk Ave
San Angelo, Tx 76904
325-651-9296

Pro Se

## CERTIFICATE OF SERVICE

I certify that on October 23, 2015, a true copy of this document was forwarded by U.

S. Mail, return receipt requested, addressed as follows:

JAMES DAVID WALKER
P. O. Box 41
Milano, Texas 76556
SBOT 20706000
Phone: (512) 636-9520
Fax: (512) 455-7922
ATTORNEYS FOR APPELLEES
CHERYL LYNN DIERSCHKE,
DANA JOY DIERSCHKE
NEZWEK, AND GRANT STEVEN
DIERSCHKE

BRIAN DIERSCHKE
8494 Hawk Ave
San Angelo, Tx 76904
325-651-9296
Pro Se


MARVIN DIERSCHKE
8494 Hawk Ave
San Angelo, Tx, 76904
325-651-9296
Pro Se

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a) (5). I certify that I have conferred with all other parties-which are listed below- about the merits of this motion with the following results:

James David Walker opposes motion.

_BRIAN DIERSCHKE_
BRIAN DIERSCHKE
8494 Hawk Ave
San Angelo, Tx 76904
325-651-9296
Pro Se

_MARVIN DIERSCHKE_
MARVIN DIERSCHKE
8494 Hawk Ave
San Angelo, Tx 76904
325-651-9296
Pro Se

_Oct 23, 2015_
Date

# CERTIFICATE OF COMPLIANCE

As required by Texas Rule of Appellate Procedure 52.10(a), I certify that I have

notified or made a diligent effort to notify all parties by expiated means that this motion

for temporary relief has been or will be filed.

Brian Dierschke
8494 Hawk Ave
San Angelo, Tx 76904
325-651-9296
Pro Se


Marvin Dierschke
8494 Hawk Ave
San Angelo, Tx 76904
325-651-9296
 Pro Se


Oct 23, 2015
Date

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013. All rights reserved.

UNITED STATES POSTAGE
PITNEY BOWES
$ 005.750
02 1P
0001918266    OCT 23 2015
MAILED FROM ZIP CODE 76957



# PRIORITY MAIL

**PRIORITY MAIL**
For Domestic and International Use

UNITED STATES POSTAL SERVICE

**From**

BRIAN and Martin Diesselko
8494 Hawk Ave
San Angelo, TX 76904

**TO**

COURT OF APPEALS
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

Label 228, January 2008

## PRIORITY ★ MAIL ★

▭ DATE OF DELIVERY SPECIFIED*

📶 USPS TF

UNITED STATES POSTAL SERVICE®

**USPS TRACKING #**

$ INSURAI

🚚 PICKUP ,

* Domestic

LAB4003 Aug 2013
7690-17-000-0669

9114 9999 4431 4921 5635 59

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

UNITED STATES
POSTAL SERVICE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5

P S 0 0 0 0 1 0 0 0 0 0 1 4

 This envelope is made from post-consumer waste. Please recycle - again.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL